UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| ROBERT BRUMFIELD, III<br>JEREMY ESTEVES | SECTION I |

## ORDER

Before the Court is defendants' motion[1] for a new trial and the government's opposition.[2] Both parties make extensive reference to the *Berry* rule in their filings. However, the *Berry* rule is inconsistent, in several respects, with the standard applied to new trial motions based upon allegations of suppressed *Brady/Giglio* evidence. *See, e.g.*, *United States v. Brown*, 650 F.3d 581, 587–89 (5th Cir. 2011); *United States v. Irwin*, 661 F.2d 1063, 1068 (5th Cir. 1981) (citing *United States v. Anderson*, 574 F.2d 1347, 1355 (5th Cir. 1978)).

Accordingly, defendants shall file a new motion for a new trial containing the appropriate legal standard(s). The government may then respond by filing a memorandum in opposition to the motion for a new trial.

Additionally, counsel are reminded that any citations to exhibits, including references to trial testimony, must include record citations with page numbers. Accordingly,

---

[1] R. Doc. No. 1535.
[2] R. Doc. No. 1564.

**IT IS ORDERED** that the motion for a new trial is **DISMISSED WITHOUT PREJUDICE** to defendants' right to file a new motion as ordered herein.

**IT IS FURTHER ORDERED** that defendants shall file a new motion for new trial **no later than NOVEMBER 24, 2021**.

**IT IS FURTHER ORDERED** that the government shall file an opposition to the motion for new trial **no later than DECEMBER 6, 2021**.

New Orleans, Louisiana, November 12, 2021.

                                           **LANCE M. AFRICK**
                               **UNITED STATES DISTRICT JUDGE**